UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWAN CROSBY BROOKS, Jr., | No. 2:20-cv-0014 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| ZUNIGA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 23, 2020, are adopted in full; and

2. This action is dismissed without prejudice.

3. The Clerk of Court is directed to term all pending motions and to close this case.

DATED: August 24, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1